# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

AURELIO V. VELAZQUEZ; and
CLEOTILDE C. VELAZQUEZ

**V.**  **JUDGMENT IN A CIVIL CASE**

FCI LENDERS SERVICES, INC.; DLS
SERVICE COMPANY; DOWNEY
SAVINGS AND LOAN ASSOCIATION    **CASE NUMBER:**   09cv0840 JM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion to dismiss in its entirety.............................................................................
.................................................................................................................................................................

| June 16, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON June 16, 2009